## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2012

No. 11-30340

Lyle W. Cayce
Clerk

KIM BARTON,

Plaintiff - Appellant,

v.

G.E.C., INC.,

Defendant - Appellee.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC 3:09-CV-1123

Before BARKSDALE, GARZA, and ELROD, Circuit Judges.

PER CURIAM:[*]

Kim Barton appeals the district court's summary judgment on her discrimination and retaliation claims. We have carefully considered the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude Appellant has not demonstrated any error warranting reversal. AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.